**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 3 EAL 2018 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MANUEL ROSE, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.